USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CARLOS SWEPSON, on behalf of himself and all other similarly situated employees,

          Plaintiff,

     v.

THE JOLLY TINKER, INC. d/b/a THE FITZPATRICK HOTEL GROUP,

          Defendant(s).

------------------------------------------------------------------x

Civil Case No.:
09-cv-7464 (SAS)

**ORDER APPROVING SETTLEMENT AGREEMENT**

This Court, having considered and inspected the Settlement Agreement dated January 4, 2010, and Stipulation of Dismissal with Prejudice dated January 6, 2010, between the parties in the above-captioned action;

IT IS HEREBY ORDERED, that (1) the Settlement Agreement is approved; (2) the above-captioned action is dismissed with prejudice in its entirety; and (3) the Court shall retain jurisdiction only to enforce the terms of the confidential Settlement Agreement, which is filed separately under seal, for good cause shown.

SO ORDERED:

_____
Hon. Shira A. Scheindlin, U.S.D.J.